

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Regis Possino DEFENDANT(S). | CASE NUMBERS CR 13-48 / 13-62 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __February 21, 2013__, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 312 N. Spring St. LA, CA 90012__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __2/13/13__

U.S. District Judge/Magistrate Judge